```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ALASSANE SALL,                                                         :
                                                                       :
                              Plaintiff,                               :
                                                                       :    22 Civ. 8017 (JPC)
                  -v-                                                  :
                                                                       :            ORDER
REPUBLIC OF SENEGAL et al.,                                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff Alassane Sall filed the Complaint that initiated this action on September 20, 2022. Dkt. 1. On November 17, 2022, the Clerk of Court mailed copies of the Complaint, the Amended Complaint, Summonses made out to Defendant Republic of Senegal and Defendant Permanent Mission of Senegal to the United Nations, and a Notice of Suit, each in English and French translation, to the following address:

> Minister of Foreign Affairs
> Senegalese Abroad Aissata Tall Sall
> Palace de l'independence BP 4044
> Dakar Senegal

Dkt. 26. On January 26, 2023, the Clerk of Court mailed the same documents to the following address:

> Minister of Foreign Affairs
> Senegalese Abroad Aissata Tall Sall
> Park Place 170
> Dakar Senegal

Dkt. 27.

      On September 29, 2022, Defendant Alassane Sock was served by leaving a copy of the Summons with Mr. Thierno Dia, who was allegedly designated by law to accept service of process

on behalf of "Alassane Sock Senegalese Consulate." Dkt. 28 at 1. That same day, Defendant Alioune Fall was served personally at 179 E. 116th Street, #2, New York, NY 10029, and by leaving a copy of the Summons with Mr. Dia, who was allegedly designated by law to accept service of process on behalf of "Senegalese Consulate." *Id.* at 2. That same day, Defendant Gaston Mbengue was served personally, at 179 E. 116th Street, #2, New York, NY 10029, by leaving a copy of the summons at his residence or usual place of abode with Mr. Dia, and by leaving a copy with Mr. Dia, who was allegedly designated by law to accept service of process on behalf of "Senegalese Consulate." *Id.* at 3. That same day, Defendant Farba Ngom was served personally, at 179 E. 116th Street, #2, New York, NY 10029, by leaving a copy of the summons at his residence or usual place of abode with Mr. Dia, and by leaving a copy with Mr. Dia, who was allegedly designated by law to accept service of process on behalf of "Senegalese Consulate." *Id.* at 4. To date, no Defendant has appeared in this action or answered the Amended Complaint.

By May 10, 2023, Plaintiff shall submit a letter-brief setting forth his position, with appropriate justification, as to whether each Defendant in this case has been properly served, and as to the deadline for each properly served Defendant to answer the Amended Complaint.

SO ORDERED.

Dated: April 26, 2023
New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge

2