UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                :
ALASSANE SALL,                                         :

                           Plaintiff,                 :
                                              :           22 Civ. 8017 (JPC)
              -v-                              :
                                              :                ORDER
REPUBLIC OF SENEGAL *et al.*,         :

                         Defendants.             :
                                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiff Alassane Sall filed the Complaint that initiated this action on September 20, 2022. Dkt. 1. On May 30, 2023, the Court granted Plaintiff an extension of one hundred and twenty days to serve Defendants Republic of Senegal and Permanent Mission of Senegal to the United Nations. Dkt. 43. On June 21, 2023, the Court granted Plaintiff an extension of time in which to serve the individual Defendants—Defendants Alassane Sock, Alioune Fall, Farba Ngom, and Gaston Mgengue—to October 19, 2023. Dkt. 45. No proof of service has been filed in response to these two Court Orders.

       Accordingly, by December 18, 2023, Plaintiff shall either submit proof of service for the aforementioned Defendants or submit a letter advising the Court on the status of service. Plaintiff is reminded that under Federal Rule of Civil Procedure 41(b) the Court may dismiss a case when a plaintiff has failed to prosecute his case or comply with court orders. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) . . . gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute . . . ."); *Lucas v. Miles*, 84 F.3d 532, 534-35 (2d Cir. 1996) ("Rule 41(b) of the Federal Rules of Civil Procedure authorizes the district court to dismiss an action when a plaintiff fails to comply with any order of

the court."); *see also Yellowave Corp. v. Mana*, No. 00 Civ. 2267 (SAS), 2000 WL 1508249, at *2 (S.D.N.Y. Oct. 11, 2000) (noting that a "plaintiff does not have unlimited time" in which to serve even when one of the exemptions to the standard time limit imposed by Federal Rule of Civil Procedure 4(m) applies).

SO ORDERED.

Dated: December 12, 2023
      New York, New York

                                    JOHN P. CRONAN
                                  United States District Judge